UNITED STATES DISTRICT COURT
for the Southern District of New York

MEMO ENDORSED
Copy mailed by chambers.
AM

| | |
|---|---|
| UNITED STATES  ) | |
| Respondent    ) | |
|               ) | |
| v.            ) | Case No. 1:16-cr-00405-001-LAK |
|               ) | |
| RYAN KIM      ) | |
| Petitioner    ) | |
|               ) | |

Emergency Pro Se Motion
Pursuant to 18 USC §3582(c)(1)(A)

NOW COMES Ryan Kim, Petitioner in the above captioned matter, respectfully requesting immediate release or other appropriate relief under compassionate release. Petitioner asserts there are "extraordinary circumstances" that justify both a reduction of his sentence and permission to proceed in this venue without exhausting administrative remedies. In support of this request, he states as follows:

I - Petitioner's Extraordinary Circumstances

Due to this prison population health crisis and his underlying health concerns, Petitioner is especially vulnerable to the corona virus. In 1997 he was diagnosed and treated for Leukemia. He underwent two separate rounds of chemotherapy, each round consisting of 3 separate series, and one round of radiation. He also ultimately underwent a bone-marrow transplant. This has left him incapable of producing his own testosterone and has severely diminished and compromised his immune system. He still suffers from minor bleeding due to this condition. (Due to the Quarantine efforts at FCI-Fort Dix, Petitioner's medical records are unavailable to Petitioner at this time, but can be subpoenaed should the Court deem them necessary.) The CDC has confirmed that people suffering from these kinds of health concerns are at an increased risk of dieing if infected with Covid-19. Other courts have

page 1 of 5

Denied substantially
for reasons stated in Dkt. 433.
[signature]
USDJ   5/7/2020